# United States District Court
# For The Western District of North Carolina
# Statesville Division

FLOYD JUNIOR POWELL,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:11CV38-5-RJC

TONY A. KELLER, ET AL,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 11, 2011, Order.

                                        Signed: April 12, 2011

                                        Frank G. Johns, Clerk
                                        United States District Court